AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) KING, JAMES L. | 2. Court or Organization U.S. DISTRICT COURT, FL-S | 3. Date of Report MARCH 2, 2004 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial _X_ Annual ___ Final | 6. Reporting Period 01/01/03 TO 12/31/03 |
|---|---|---|

| 7. Chambers or Office Address UNITED STATES DISTRICT COURT 99 N.E. 4TH STREET, ROOM 1127 MIAMI, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION              NAME OF ORGANIZATION/ENTITY

[X] NONE (No reportable positions.)

1 _____

2 _____

3 _____

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE              PARTIES AND TERMS

[X] NONE (No reportable agreements.)

1 _____

2 _____

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE       SOURCE AND TYPE       GROSS INCOME

### A. Filer's Non-Investment Income

[X] NONE (No reportable non-investment income.)

1 _____ $ _____

2 _____ $ _____

3 _____ $ _____

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[X] NONE (No reportable non-investment income.)

1 _____

2 _____

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements.) | |

1

2

3

4

5

6

7

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | [ ] NONE (No such reportable gifts.) | | |
| 1 | DADE COUNTY TRIAL LAWYERS ASSN (MIAMI) | 2 TICKETS ANNUAL INSTALLATION DINNER | $ 200.00 |
| 2 | FEDERAL BAR ASSN (MIAMI) | 2 TICKETS ANNUAL INSTALLATION DINNER | $ 350.00 |
| 3 | AMBASSADOR STEVEN J. GREEN | 2 TICKETS JESSE J. MCCRARY, JR. TRIBUTE (MIAMI) | $ 250.00 |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | [X] NONE (No reportable liabilities.) | | |

1

2

3

4

5

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 FLORIDA SAVINGS BANK - MIAMI | A | INT. | J | T | | | | | |
| 2 FLORIDA SAVINGS BANK - MIAMI | A | INT. | J | T | | | | | |
| 3 USAA FEDERAL SAVINGS BANK | A | INT. | J | T | | | | | |
| 4 LEGG MASON VALUE TRUST | A | DIV. | J | T | | | | | |
| 5 LNR BONDS | D | INT. | K | T | | | | | |
| 6 EQUITABLE LIFE ASSURANCE (IRA) | A | DIV. | J | T | | | | | |
| 7 EQUITABLE LIFE ASSURANCE (IRA) | A | DIV. | K | T | | | | | |
| 8 HARLEY-DAVIDSON, INC. (IRA) | C | DIV. | J. | T | | | | | |
| 9 GREENSTREET FINANCIAL | E | INT. | M | T | BUY | 2/14 | M | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

UNDER VII. PAGE 1 INVESTMENTS AND TRUSTS

LINE 5, LEGG MASON VALUE TRUST, IT WAS PREVIOUSLY 2 ACCOUNTS AND THEY HAVE BEEN CONSOLIDATED INTO

1 ACCOUNT AND THE VALUE CODE IS NOW LOWER.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮                     Date _March 2, 2004_

▮▮▮ INDIVIDUAL WHO KNOWINGLY ▮▮▮ WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE ▮▮▮ CIVIL AND CRIMINAL SANCTIO▮▮ (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544